PHILLIP A. TALBERT
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:17-MJ-228 EPG |
| Plaintiff, | [~~PROPOSED~~] ORDER TO UNSEAL ARREST WARRANT FOR OFFENDER UNDER SUPERVISION |
| v. | |
| JUAN MANUEL RESENDIZ. | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: Dec. 26, 2017

The Honorable ~~Barbara A. McAuliffe~~
UNITED STATES MAGISTRATE JUDGE
Erica P. Grosjean

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS